■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RUFUS ANDERSON, Appellant.—Judgment unanimously reversed on the law and new trial granted. Memorandum: It was reversible error for the court to allow the deliberating jurors to spend the night at home *(People v Coons,* 75 NY2d 796). Although both defendant and his counsel consented to sending the jurors home overnight, defendant cannot waive or consent to a violation of CPL 310.10 *(People v Smith,* 161 AD2d 1160; *People v Dasher,* 161 AD2d 1207). (Appeal from judgment of Cayuga County Court, Corning, J.—manslaugh-

ter, first degree.) Present—Callahan, J. P., Doerr, Boomer, Green and Balio, JJ.